**Stephen F. English**, OSB #730843
E-mail: steve.english@bullivant.com
**David A. Ernst**, OSB #851967
E-mail: dave.ernst@bullivant.com
**Scott Brooksby**, OSB #950562
E-mail: scott.brooksby@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for The Corporation Of The
President Of The Church Of Jesus Christ Of
Latter-day Saints and Successor

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARK GILL, <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSOR, a foreign not for profit corporation, <br><br> Defendant. | Civil No.: <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** <br><br> Multnomah County Circuit Court Case No. 0803-03667 |

PLEASE TAKE NOTICE that pursuant to 28 USC §§ 1441 and 1446, Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") hereby removes to this Court the state court action described below:

///

///

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL OF CIVIL ACTION
Page 1

1.  On or about March 6, 2008, Plaintiff filed an action in the Circuit Court of the State of Oregon for Multnomah County, styled and captioned exactly as above, as Case No. 0803-03667. COP was served with the Complaint on March 12, 2008.

2.  This suit is a civil action of which this Court has jurisdiction under 28 USC §§ 1331, 1332 and thus is one which may be removed to this Court by COP pursuant to the provisions of 28 USC § 1441.

3.  This Court has jurisdiction over this action pursuant to 28 USC § 1332 because this is a civil action wherein (1) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as alleged in the Complaint at paragraph 7 and in the Prayer (seeking over $20 million in compensatory damages); and (2) complete diversity of citizenship exists under the laws and principles governing diversity jurisdiction and the proper joinder of parties.

4.  COP is, and at all times has been, a religious corporation sole incorporated under the laws of the State of Utah and having its principal place of operation in the State of Utah, and, accordingly, is a citizen of the State of Utah.

5.  Plaintiff resides in Multnomah County, Oregon and is a citizen of Oregon.

6.  Fewer than 30 days have elapsed since this action was filed in state court or since Defendants were provided with a copy of Plaintiff's Complaint. 28 USC § 1446(b).

///
///
///
///
///
///
///
///

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL OF CIVIL ACTION
Page 2

WHEREFORE, COP gives notice that this action, now pending in the Circuit Court of the State of Oregon for the County of Multnomah as Case No. 0803-03667, is hereby removed from that court to this Court.

DATED this 14th day of March, 2008.

BULLIVANT HOUSER BAILEY PC

BY _____
**Stephen F. English**
OSB #730843
**David A. Ernst**
OSB #851967
**Scott Brooksby**
OSB #950562
Telephone: 503.228.6351
Attorneys for The Corporation Of The President Of The Church Of Jesus Christ Of Latter-day Saints and Successor

Bullivant|Houser|Bailey PC

888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL OF CIVIL ACTION
Page 3



FILED
2008 MAR -6 PM 1:44
CIRCUIT COURT
FOR MULTNOMAH COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR MULTNOMAH COUNTY

**03667**

| | |
|---|---|
| **MARK GILL,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSOR,** a foreign not for profit corporation.<br><br>Defendant. | Case No.: 0503-03667<br><br>**COMPLAINT**<br><br>**(Sexual Battery)**<br><br>**CLAIM NOT SUBJECT TO MANDATORY ARBITRATION**<br><br>(Amount in controversy exceeds $50,000.00)<br><br>**JURY TRIAL DEMANDED** |

PLAINTIFF alleges:

FIRST CLAIM FOR RELIEF

(Sexual Battery)

1.

Plaintiff at all material times, was and is a resident of Multnomah County, Oregon; was born on December 9, 1965, and grew up in the inner Southeast area of Portland, in the neighborhood of the Twelfth Stake of Defendant Church of Jesus Christ of Latter-Day Saints, as further described below. Plaintiff and his immediate family were members of the Twelfth Stake.

Page 1 – **COMPLAINT (Sexual Battery)**

RANDALL VOGT PC
1314 NW Irving Street, Suite 207
PORTLAND, OR 97209
(503) 228-9858
FAX (503) 228-9860

2.

At all times material hereto, Defendant, The Corporation of the President of The Church of Jesus Christ of Latter-Day Saints, a Corporation Sole (hereafter "Latter-Day Saints") at all material times transacted business at a church commonly referred to as the "Twelfth Stake" located at 2931 SE Harrison St., Portland, Oregon 97214, and occupied premises open to the general public as well as to its parishioners.

3.

James Hogan ("Hogan") at all material times herein was a volunteer youth minister or paid clergyman for Defendant Latter-Day Saints. Hogan performed duties at Defendant Latter-Day Saints which included, but were not limited to: (a) acting as a father figure to pre-adolescent and adolescent boys, (b) motivating pre-adolescent and adolescent boys to attend church and Sunday School, (c) motivating pre-adolescent and adolescent boys to attend and participate in the activities and events sponsored by Defendant Latter-Day Saints, including but not limited to, youth activities, (d) performing baptisms, e) church administrative duties with the assistance of pre-adolescent boys, (f) engaging in counseling and offering spiritual and emotional guidance to pre-adolescent and adolescent boys, (g) ministering formally and informally to the spiritual and emotional needs of pre-adolescent boys and adolescent, and (h) performing other similar work and activities typical of a volunteer youth ministry or paid clergyman for Defendant Latter-Day Saints.

4.

Hogan was at all material times a duly authorized agent of Defendant Latter-Day Saints and was a volunteer youth minister or paid clergyman acting within the course and scope of his agency relationship with Defendant Latter-Day Saints. Defendant Latter-Day Saints had the right to control the services and duties, which Hogan

Page 2 – COMPLAINT (Sexual Battery)

RANDALL VOGT PC
1314 NW Irving Street, Suite 207
PORTLAND, OR 97209
(503) 228-9858
FAX (503) 228-9860

performed on its behalf, as well as the manner in which Hogan performed these services and duties. Over time, Hogan used his position as an agent of Defendant Latter-Day Saints to gain the confidence and trust of Plaintiff and Plaintiff's mother and, thereby, to gain permission from Plaintiff's mother to spend long, unsupervised times alone with Plaintiff. Over time, Hogan used his position as an agent of Defendant Latter-Day Saints to gain the confidence and trust of Plaintiff and, thereby, to gain his consent to participate in various Church sponsored-activities with Hogan.

5.

At a date beginning when Plaintiff was about 9 and continuing until he was about 13, Hogan subjected Plaintiff to a continued and repeated pattern of sexual abuse and sexual exploitation as defined by ORS 163, consisting of one or more of the following acts:

(a) Fondling and touching of Plaintiff's genitalia;

(b) Oral genital contact;

(c) Oral intercourse; and

(d) Anal intercourse.

Defendant Latter-Day Saints permitted, allowed, or encouraged the sexual abuse of Plaintiff by defendant Hogan and otherwise failed to take any steps or actions to protect Plaintiff from the conduct of defendant Hogan as alleged herein when it knew or should have known that the conduct of defendant Hogan presented a risk to minor children and to Plaintiff. Plaintiff did not realize that he had suffered psychological damage from the sexual abuse alleged or the causal connection between the psychological damage and the acts of the Defendant above until a date within three years of the date of the filing of this litigation and therefore this case been filed within the time limits set forth in ORS 12.117(1).

Page 3 – **COMPLAINT (Sexual Battery)**

**RANDALL VOGT PC**
1314 NW Irving Street, Suite 207
PORTLAND, OR 97209
(503) 228-9858
FAX (503) 228-9860

6.

Defendant Latter-Day Saints provided Hogan with opportunities to be alone and unsupervised with Plaintiff, to touch him physically and to ultimately molest Plaintiff sexually. The activities of Hogan, occurred within the time and space limitations of Hogan's agency relationship with Latter-Day Saints, they were committed out of a desire, at least initially and partially, to fulfill Hogan's duties as a youth minister or clergyman at Latter-Day Saints, and generally were of a kind and nature that Hogan was required and encouraged by Defendant Latter-Day Saints to perform. Hogan's motives evolved over time, and it became routine for him to sexually molest Plaintiff as alleged above.

7.

As a direct and proximate result of the sexual abuse, sexual batteries and sexual exploitation which Hogan perpetrated upon Plaintiff, Plaintiff has suffered, and will continue to suffer indefinitely, from pain, mental suffering, emotional distress, humiliation, sexual confusion, loss of care, comfort, companionship and society, inconvenience and interference with the normal and usual activities of life, to his general and non-economic damages in the sum of $20 million.

8.

Plaintiff has incurred mental health therapy at a reasonable and necessary expense of $2,000.00, or such other greater amount as may be proven at trial. Plaintiff hereby claims economic damages as alleged herein or such further greater amount as may be proved at trial. Plaintiff's therapist will likely prescribe sex abuse victim psychological and mental health counseling for an indefinite period of time in the future, to Plaintiff's economic damages in the sum of $100,000 or such further greater amount

Page 4 – COMPLAINT (Sexual Battery)

RANDALL VOGT PC
1314 NW Irving Street, Suite 207
PORTLAND, OR 97209
(503) 228-9858
FAX (503) 228-9860

as may be proven at trial.

9.

Plaintiff may at a future date seek the Court's permission to amend this Complaint to seek the recovery of punitive damages.

SECOND CLAIM FOR RELIEF

(Negligence)

10.

Plaintiff re-alleges paragraphs 1 through 8 as though fully set forth herein.

11.

Defendant knew, or should have known, that Hogan was a pedophile, and Defendant Latter-Day Saints was therefore negligent in allowing Hogan to have contact and supervisory authority over its minor parishioners, including Plaintiff.

WHEREFORE, Plaintiff prays for the entry of a judgment against the Defendant, in the amount of $20 million as non-economic damages, and for Plaintiff's economic damages in the amount of $102,000 or such other amount as may be proven at trial, and for Plaintiff's costs and disbursements incurred herein.

DATED this ____ day of March, 2008.

Randall Vogt, OSB #77381
Attorney for Plaintiff

PLAINTIFF HEREBY DEMANDS A JURY TRIAL

Page 5 – **COMPLAINT (Sexual Battery)**

**RANDALL VOGT PC**
1314 NW Irving Street, Suite 207
PORTLAND, OR 97209
(503) 228-9858
FAX (503) 228-9860

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I served a true copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** on the attorney for plaintiff by the method indicated below on said day.

    Randall Vogt                                                            **MAIL**
    Randall Vogt PC
    1314 NW Irving St., Ste. 207
    Portland, OR  97209

    Attorneys for Plaintiff

                                        _____
                                        Stephen F. English
                                        David A. Ernst
                                        Scott Brooksby

                                        Of Attorneys for Defendant

Bullivant|Houser|Bailey PC

888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

CERTIFICATE OF SERVICE
Page 1